```
1  ROBERT L. MEZZETTI II (#114282)
   MEZZETTI LAW FIRM, INC.
2  31 East Julian Street
   San Jose, California 95112
3  (408) 279-8400

4  M. JEAN STARCEVICH (#78298)
   770 Lincoln Avenue
5  San Jose, California 95126
   (408) 287-7787
6
7  Attorneys for Plaintiff
   ANTHONY BOSCO
8
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/18/05*

| | |
|---|---|
| ANTHONY BOSCO, | NO. C-04-02820 RMW |
| Plaintiff, | STIPULATION FOR DISMISSAL OF ACTION AND ORDER |
| v. | |
| LOCKHEED MARTIN SPACE SYSTEMS COMPANY, and DOES 1 through 20, inclusive, | |
| Defendants. | |

    Pursuant to a Settlement Agreement and Mutual Release, the undersigned parties by and through their counsel of record stipulate to the following:

    1.    Any and all claims asserted by plaintiff Anthony Bosco in this action are hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

1  There being no counter-claims asserted by Lockheed Martin Space Systems Company
2  the matter is concluded.
3  IT IS STIPULATED, THROUGH COUNSEL OF RECORD.

4  DATED: 9-14-05                                MEZZETTI LAW FIRM, INC.

                                                 BY _____
                                                    ROBERT L. MEZZETTI II

8  DATED: 9·14·05                                THELEN, REID & PRIEST, LLP


                                                 BY _____
                                                    MICHAEL C. HALLERUD


13  PURSUANT TO THE STIPULATION, IT IS SO ORDERED

14  DATED: 10/18/05
                                                    /S/ RONALD M. WHYTE
                                                 BY _____
                                                    HON. RONALD M. WHYTE
                                                    JUDGE OF THE U.S. DISTRICT COURT